IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANETTA L. STORY                                                    PLAINTIFF

vs.                                    Civil No. 1:10-cv-01045

MICHAEL J. ASTRUE                                                  DEFENDANT
Commissioner, Social Security Administration


**<u>JUDGMENT</u>**

Now on this 12th day of May 2011 comes for consideration the Report and Recommendation

dated April 21, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the

Western District of Arkansas.  ECF No. 8.  Fourteen (14) days have passed without objections being

filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds

that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly,

the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative

Law Judge, and dismisses Plaintiff's complaint with prejudice.

        **IT IS SO ORDERED.**

                                        /s/ Robert T. Dawson
                                        HON. ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE